IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| TAMMY A. DRAUGHN, | ) | Case No. 4:12CV00042 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

Before me is the Report and Recommendation of the United States Magistrate Judge [ECF No. 21] recommending that an Order be entered granting the Commissioner of Social Security's Motion for Summary Judgment [ECF. No. 16] and affirming the Commissioner's final decision. The Report and Recommendation was filed on June 18, 2013, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety. The Plaintiff's Motion for Summary Judgment is **DENIED,** the Commissioner's Motion for Summary Judgment is **GRANTED**, the Commissioner's final decision is **AFFIRMED**, and the case is hereby **DISMISSED** from the docket of the Court.

The Clerk is directed to send a copy of this Order to counsel of record as well as to United States Magistrate Judge B. Waugh Crigler.

ENTERED this 11th day of July, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE